UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH LANG,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

                               /

Case No. 1:15-CV-1080

Hon. Gordon J. Quist

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 8, 2016. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 8, 2016 (ECF No. 16) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF Nos. 12, 15) are **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded attorney's fees and costs in the amount of $3,430.00, which shall be paid directly to Plaintiff.

Dated: August 31, 2016

                                                        /s/ Gordon J. Quist
                                                    GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE